No. 91-680. FAIRWAY SPRING CO., INC., ET AL. *v.* SOVRAN BANK/MARYLAND; and
No. 91-681. CHEMUNG CANAL TRUST CO., AS TRUSTEE OF THE FAIRWAY SPRING CO., INC., RESTATED PENSION PLAN *v.* SOVRAN BANK/MARYLAND. C. A. 2d Cir. Certiorari denied.

JUSTICE WHITE, JUSTICE BLACKMUN, and JUSTICE O'CONNOR would grant certiorari.